IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABRAHAM RAMOS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-2936 |
| JOHN BEDDEN | : | |
| and | : | |
| CARRIE BEDDEN | : | |

## ORDER

AND NOW, this 23rd day of March, 2015, after consideration of plaintiff's Motion for Sanctions for Failure to Deliver Settlement Funds (paper no. 24) and defendants' Reply in Opposition to Plaintiff's Motion for Sanctions for Failure to Deliver Settlement Funds (paper no. 25), it is **ORDERED** that:

1. Plaintiff's Motion for Sanctions for Failure to Deliver Settlement Funds (paper no. 24) is **DENIED** without prejudice.

2. Defendants' Reply in Opposition to Plaintiff's Motion for Sanctions for Failure to Deliver Settlement Funds (paper no. 25) is **DENIED** without prejudice.

/s/ Norma L. Shapiro
                                    J.